IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **JEANITA STATEN, et al.,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. |
| : | 7:08-CV-68-HL |
| **JAMES DONALD** : | |
| **COMMISSIONER, et al.,** : | |
| : | |
| Defendants. : | |
| : | |

# **ORDER**

Currently before the Court is a Motion to Dismiss Without Prejudice (doc. 10) the civil action filed by Plaintiff.  Counsel for Plaintiff argues that if the motion is granted the Plaintiff will have six (6) months from the date of dismissal to file a new action, which would otherwise be time-barred by the statute of limitations.  See O.C.G.A. § 9-2-61.  Counsel for Plaintiff notes that during this additional time Plaintiff could seek new counsel.  Essentially, Counsel for Plaintiff brings the present motion as another venue for withdrawing as counsel.  For the reasons set forth in the September 17, 2008 Order denying Plaintiff's Motion to Withdraw as Counsel (doc. 8), the present Motion to Dismiss Without Prejudice is DENIED.[1]

---

[1] A motion to dismiss without prejudicial of Plaintiff's complaint shall not be granted under the circumstances, unless concurrent with the filing of said motion a letter is submitted that reflects the Plaintiff's complete understanding of, and agreement with, such a motion.

**SO ORDERED**, this the 3rd day of November, 2008

*s/   Hugh Lawson*
**HUGH LAWSON, Judge**

wjc